**DISMISS and Opinion Filed November 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00571-CV**

**VISTA FORRENT, LLC, AND 3019 SOUTH BOULEVARD, DALLAS, TEXAS, Appellants**
**V.**
**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05159**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Reichek

Before the Court is appellants' unopposed motion to dismiss the appeal without prejudice. We grant the motion and dismiss the appeal without prejudice.

*See* TEX. R. APP. P. 42.1(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210571F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VISTA FORRENT, LLC, AND 3019
SOUTH BOULEVARD, DALLAS,
TEXAS, Appellants

No. 05-21-00571-CV     V.

CITY OF DALLAS, TEXAS,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-05159.
Opinion delivered by Justice
Reichek, Justices Osborne and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal without prejudice.

Subject to any agreement among the parties, we **ORDER** that appellee City of Dallas, Texas recover its costs, if any, of this appeal from appellants Vista Forrent, LLC and 3019 South Boulevard, Dallas, Texas.

Judgment entered November 1, 2021.

–2–